# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00104-CV

**Republic of Texas, et al., Appellants**

**v.**

**State of Texas, et al., Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. D-1-GN-96-007354, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants filed notice of appeal on February 8, 2007, and the appellate record was filed the same day. On March 12, 2007, the clerk of this Court sent appellants notice that their brief was overdue and that this appeal would be dismissed for want of prosecution if appellants did not respond to this Court by April 13, 2007. To date, appellants have not responded to this Court's notice. Accordingly, we dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b), (c).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed for Want of Prosecution

Filed: June 15, 2007